FILED
CLERK, U.S. DISTRICT COURT

NOV 2 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID ALLIN MORENO,

Defendant.

Case No.  16-CR-0258-DMG

ORDER OF DETENTION AFTER HEARING (18 U.S.C. § 3148(b): Allegations of Violation of Pretrial Conditions of Release)

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

1.  The Court finds there is:

☒ probable cause to believe that the defendant has committed a federal, state, or local crime while on release and/or

☒ clear and convincing evidence that the defendant has violated a condition of release; and

2.  ☒ Based on the factors set forth in 18 U.S.C. § 3142(g), there is no

condition or combination of conditions of release that will assure that the

defendant will not flee or pose a danger to the safety or any other person or the community;

☒ The defendant is unlikely to abide by any condition or combination of conditions of release.

3. ☒ There is probable cause to believe that, while on release, the defendant committed a federal, state, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.


IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated:  November 28, 2016

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE